**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

LAZIZJON MAMATKULOV,

                Plaintiff,                22 **CIVIL** 4131 (JPC)

   -against-                            **JUDGMENT**

CITY UNIVERSITY OF NEW YORK,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated December 01, 2022 the Amended Complaint is dismissed. The Court further certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, this case is closed.

**Dated:**  New York, New York
         December 02, 2022

                                                        **RUBY J. KRAJICK**

                                                    _____
                                                          **Clerk of Court**

                           **BY:**            _____
                                                          **Deputy Clerk**